

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-15-00049-CV

**MORNINGSIDE MINISTRIES** d/b/a Morningside Ministries at the Manor and the
Morningside Ministries Foundation, Inc.,
Appellants

v.

Rosa Lee **RODRIGUEZ,** as next friend of Flora Mendez,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07530
Honorable Laura Salinas, Judge Presiding

## O R D E R

The appellee's brief was originally due to be filed in this accelerated appeal on July 6, 2015. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to August 5, 2015. On August 4, 2015, the appellee filed a motion requesting an additional extension of time to file the brief until September 4, 2015, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEE WILL BE GRANTED**. The appellee's brief must be filed by September 4, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court